Judge Berman



08 CV 0462

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
RHINESTONE JEWELRY CORP.                          :          Civil Action No.

                                          :          JAN 17 2008

                Plaintiff,                         :          U.S.D.C. S..., N.Y.
                                          :          **COMPLAINT** CASHIERS

     vs.                                          :

                                          :          **(Jury Trial Demanded)**
GLAMOUR GODDESS JEWELRY, INC.
and DON GOLDEN,                                    :

                                          :
                Defendants.
---------------------------------------------------------------X

        Plaintiff Rhinestone Jewelry Corp. by its attorneys, as and for its Complaint

against the Defendants Glamour Goddess Jewelry, Inc. and Don Golden alleges as

follows:

### JURISDICTION AND VENUE

1.      This complaint alleges causes of action for copyright infringement under the

         Copyright Laws of the United States, 17 U.S.C. §101 et seq.

2.      Jurisdiction over the subject matter of this action is conferred on this Court by 28

         U.S.C. §1338(a) and 17 U.S.C. §101 et seq.

3.      Venue is proper in this judicial district pursuant to 28 U.S.C. §§1391(b) and

         1400(a).

### THE PARTIES

4.      Plaintiff Rhinestone Jewelry Corp. (hereinafter "Plaintiff") is a corporation

         organized and existing under the laws of the State of New York, with an office

and principal place of business at 2028 McDonald Avenue, Brooklyn, New York, 11223.

5.      Plaintiff is a designer, manufacturer, and vendor of rhinestone jewelry products. Such products are distributed and sold in this judicial district and throughout the United States.

6.      Plaintiff's many products are advertised on its Website located at www.rhinestonejewelry.com.   The wholesale prices of Plaintiff's products are prominently disclosed on Plaintiff's Website.

7.      Upon information and belief, Defendant Glamour Goddess Jewelry, Inc. (hereinafter "Glamour") is a corporation organized and existing under the laws of the State of Florida, with an office and principal place of business at 500 N.E. Spanish River Blvd., Boca Raton, FL 33431.

8.      Upon information and belief, Glamour sells rhinestone jewelry products within this State and judicial district, transacts business within this State and judicial district, derives substantial revenue from intra-state and inter-state commerce, and has committed acts of infringement within this State and judicial district having injurious consequences within the State and judicial district, and is otherwise within the jurisdiction of this Court.

9.      Glamour's products are advertised on its Website located at www.glamourgoddessjewelry.com. The wholesale price of Glamour's products

are prominently disclosed on its Website.

10.    In October of 2006, Glamour purchased rhinestone jewelry products from
       Plaintiff, including some of the specific designs at issue herein.

11.    Upon information and belief Defendant Don Golden (hereinafter "Golden") is the
       President and owner of Defendant Glamour and resides in the State of Florida.
       Upon information and belief, Golden controls the activities of Glamour, and
       through Glamour does business within this State and judicial district, derives
       income from intra-state and inter-state commerce, and has committed and
       contributed to acts of infringement within this State and judicial district having
       injurious consequences within the State and judicial district, and is otherwise
       within the jurisdiction of this Court.

## COUNT I

### (COPYRIGHT INFRINGEMENT)

12.    This cause of action for Copyright infringement arises under the Copyright Laws
       of the United States, Title 17 United States Code.

13.    Plaintiff is the owner of a valid copyright in and to many rhinestone jewelry
       designs, including those within its "Large Chandelier Earring Collection"
       (hereinafter "the Designs at Issue").

14.    The Designs at Issue and other jewelry designs offered by Plaintiff are advertised

for sale on Plaintiff's Website located at www.rhinestonejewelry.com. The wholesale prices of each of Plaintiff's products are also disclosed on Plaintiff's Website.

15.    Upon information and belief, Defendants had access to Plaintiff's designs by virtue of the fact that they had previously purchased products from Plaintiff. Upon information and belief, Defendants also had access to Plaintiff's designs through Plaintiff's Website.

16.    Upon information and belief, Defendants with full knowledge of the rights of Plaintiff, have copied more than fifty (50) of Plaintiff's designs. In addition, and in a further effort to unfairly compete with Plaintiff, Defendants are selling each of those fifty knock-off items for slightly less than Plaintiff's published price. Attached hereto as Exhibit A are comparison photos of a representative sample of Plaintiff's original designs and Defendants' corresponding knock-offs, and a chart comparing the parties published prices.

17.    The Designs at Issue are the subject of a valid and subsisting United States Copyright Registration, i.e., U.S. Copyright Registration No. VA 1-421-603. A copy of said issued U.S. Copyright Certificate is attached hereto as Exhibit B.

18.    Upon information and belief, Defendants having full knowledge of the copyright rights of Plaintiff as alleged herein, have infringed Plaintiff's copyright in the Designs at Issue by advertising, importing, vending, distributing, selling, displaying, and/or promoting jewelry items that are copied from the Designs at

Issue, in violation of the rights of Plaintiff under 17 U.S.C. §101 et seq.

19.   All of the Defendants acts as set forth herein were without the permission, license or consent of Plaintiff, and have irreparably damaged Plaintiff.

20.   The acts of the Defendants as set forth herein have damaged Plaintiff in an amount as yet unknown, but believed to be in excess of two hundred and seventy thousand dollars ($270,000).

21.   Plaintiff has no adequate remedy at law.

### COUNT II
### CONTRIBUTORY COPYRIGHT INFRINGEMENT

22.   This cause of action for contributory copyright infringement is against Defendant Don Golden, and individually arises under the Copyright Laws of the United States, Title 17 United States Code.

23.   Plaintiff repeats and realleges the allegations of paragraphs 1 through 22 hereof as if fully set forth herein.

24.   Upon information and belief, Golden knew that the activities as described herein constituted infringement of Plaintiff's copyrights.

25.   Upon information and belief, Golden directed, supervised and participated in the

infringement of Plaintiff's copyrights.

26.    Upon information and belief, the infringement as described herein resulted in a
financial benefit to Golden.

27.    Upon information and belief, Golden's participation in and contribution to the
infringement of Plaintiff's copyrights has been willful.

28.    The acts described herein were undertaken without the permission, license or
consent of Plaintiff and were irreparably damaging to Plaintiff.

29.    Plaintiff has been damaged by these acts in an amount as yet unknown, but
believed to be in excess of one hundred thousand dollars.

30.    Plaintiff has no adequate remedy at law.

WHEREFORE, Plaintiff demands:

A.    That Defendant Don Golden and Defendant Glamour, and Defendant Glamour's
directors, officers, agents, servants, employees, related companies, parent companies,
subsidiaries, licensees, assigns, and all parties in privity with it, or any of them, be
enjoined, temporarily and preliminarily during the pendency of this action, and
permanently, from infringing the Copyrights of Plaintiff, in any manner, including but not
limited to, advertising, importing, printing, reprinting, publishing, vending, distributing,

selling, displaying or promoting products containing designs that are substantially similar to Plaintiff's designs which are the subject of Plaintiff's copyright, or by causing and/or participating in such advertising, importing, printing, reprinting, publishing, vending, distributing, displaying, selling or promoting;

B.      That all of the Defendants be required to deliver up to be impounded during the pendency of this action, all infringing products in its possession, custody or under its control;

C.      That, pursuant to 17 U.S.C. §504, all of the Defendants be required to pay Plaintiff such damages as Plaintiff sustained in consequence of its infringement, and to account for all gains, profits and advantages derived by them from said infringement;

D.      That statutory damages be assessed against all of the Defendants, and that such damages be increased to the maximum amount allowed by law by virtue of Defendants willful infringement.

E.      That Defendants pay Plaintiff's reasonable attorneys' fees; and

F.      That Plaintiff have such other and further relief as the Court may deem just.

### JURY TRIAL DEMANDED

Plaintiff demands a jury trial of all issues triable by jury.

GOTTLIEB, RACKMAN & REISMAN P.C.
Attorneys for Plaintiff
270 Madison Avenue
New York, New York 10016
(212) 684-3900
(212) 684-3999

By: _____
            Richard S. Schurin (RS 0199)

DATED: January 15, 2008

# EXHIBIT A

**Glamour Goddess Jeweley**          **RhineStone Jewelry**



**ER001CS**                          **12327**



**ER019CS**                          **12338**

ER025CS



12330



ER029CS



12323



ER033CS



12325

**ER037CS**



**12324**



**ER041CS**



**12322**



**ER045CS**



**12326**





**ER061CS**    **12321**

| Glamour Goddess # | Glamour Goddess Price | Rhinestone # | Rhinestone Price |
|---|---|---|---|
| BA427CS | $2.33 | #12084 | $2.80 |
| BA439CS | $1.95 | #12083 | $2.20 |
| BA429CS | $3.42 | #6279 | $3.45 |
| BA445CS | $3.57 | #6438 | $3.65 |
| BA437CS | $3.75 | #12708 | $3.90 |
| BA441CS | $4.00 | #12707 | $4.00 |
| BA443CS | $4.13 | #13620 | $4.25 |
| BA449CS | $4.81 | #12235 (smaller) | $5.30 |
| BA459CS | $4.73 | #11649 | $7.75 |
| BA467CS | $4.29 | #12157 | $5.80 |
| HC351CS | $3.57 | #12697 | $3.65 |
|  |  |  |  |
| HC357CS | $1.95 | #12699 | $2.55 |
| BR201CS | $3.15 | #11113S | $3.60 |
| BR203CS | $10.69 | #13267XS | $12.25 |
| BR209CS | $3.15 | #13621 | $3.45 |
| BR213CS | $14.82 | #13268XS | $17.50 |
| BR207CS | $6.50 | #13282 | $8.25 |
| BR215CS | $4.42 | #11949XS | $5.00 |
| BR225CS | $7.46 | #12162 | $12.25 |
| ER001CS | $6.73 | #12327 | $6.85 |
| ER003CS | $4.99 | #5365 | $5.00 |
| ER019CS | $5.74 | #13238 | $5.75 |
| ER021CS | $4.28 | #12344 | $6.65 |
| ER025CS | $4.42 | #12330 | $4.45 |
| ER029CS | $4.62 | #12323 | $4.65 |
| ER033CS | $5.58 | #12325 | $5.65 |
| ER037CS | $7.50 | #12324 | $7.50 |
|  |  |  |  |
| ER041CS | $5.60 | #12322 | $5.65 |
| ER043CS | $4.84 | #12592 | $5.15 |
| ER045CS | $6.02 | #12326 | $6.10 |
| ER061CS | $6.79 | #12321 | $6.85 |
| ER063CS | $6.42 | #10011 | $8.50 |
| ER065CS | $9.41 | #10001 | $11.50 |
| ER069CS | $6.45 | #12350 | $6.95 |
| ER075CS | $9.10 | #12591 | $9.25 |
| ER083CS | $8.13 | #13106 | $8.50 |
| ER085CS | $4.28 | #12348 | $4.80 |
| HD723CS | $15.60 | #12190 | $17.00 |
| HD724CS | $15.75 | #12734 | $17.50 |
| HD729CS | $3.45 | #11247 | $6.40 |
| HD751CS | $6.79 | #12194 | $7.75 |
| NS606CS | $8.47 | #12924 | $10.00 |
| NS607CS | $4.51 | #12874 | $9.25 |

| | | | |
|---|---|---|---|
| NS608CS | $12.69 | #12859 | $14.75 |
| NS624CS | $13 | #12869 | $14.25 |
| NS652CS | $7.13 | #12444 | $10.00 |
| NL169CS | $15.54 | #12218 | $20.25 |
| | | | |
| PT497CS | $6.73 | #11572 | $7.00 |
| PT505CS | $4.99 | #11154 | $5.00 |
| PT513CS | $6.50 | #11574 | $6.50 |
| PT529CS | $7.41 | #11573 | $7.75 |
| PT537CS | $3.94 | #7583 | $4.15 |
| | | | |
| | | | |

# EXHIBIT B

## Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, United States Code, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Marybeth Peters*

Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

REGIS    **VA 1-421-603**

EFFECTIVE DATE OF REGISTRATION

4     20     07
Month   Day   Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

**Title of This Work ▼**     **NATURE OF THIS WORK ▼** See instructions

# large chandalier Earring Collection 03-0336-0353    Jewelry Design

**Previous or Alternative Titles ▼**

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**NAME OF AUTHOR ▼**     **DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**Rhinestone Jewelry Corporation**

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in **USA**

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☑ Jewelry design    ☐ Architectural work

**Name of Author ▼**     **Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions

Nature of Authorship  Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**Year in Which Creation of This Work Was Completed** This information must be given in all cases.
**2003**

**Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month **November** Day **3** Year **2003**
**USA** Nation

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2 ▼

**Rhinestone Jewelry Corporation**
**2028 Mc Donald Avenue**
**Brooklyn, NY, 11223**

APPLICATION RECEIVED
**APR 2 0 2007**
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED
**APR 2 0 2007**
FUNDS RECEIVED

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.    DO NOT WRITE HERE
• Sign the form at line 8.    Page 1 of _4_ pages

FORM VA

CHECKED BY

☐ CORRESPONDENCE

FOR
COPYRIGHT
OFFICE
USE
ONLY

DO NOT WRITE ABOVE THIS LINE IF YOU NEED MORE SPACE USE A SEPARATE CONTINUATION SHEET

PREVIOUS REGISTRATION

DERIVATIVE WORK OR COMPILATION

DEPOSIT ACCOUNT

CORRESPONDENCE

**Rhinestone Jewelry Corporation**
**Att  Jeffrey Levy**
**2028 Mc Donald Avenue**
**Brooklyn, NY, 11223**

(718) 336-6788          718 645-0355

jeffrey@rhinestone com

CERTIFICATION

Jeffrey Levy                          Date  3/26/07

Handwritten

X

Certificate
will be
mailed in
window
envelope
to this
address

Name

**Rhinestone Jewelry Corporation**

**2028 Mc Donald Avenue**

**Brooklyn, NY, 11223**

# Chandalier Earring Collection 03-0336-0353
## page 1 of 2



ART NUMBER RDE03-0338
STYLE NUMBER 12323



ART NUMBER RDE03-0342
STYLE NUMBER 12327







ART NUMBER RDE03-0344
STYLE NUMBER 12325





8 336 6788  f  718 643 0353

# RHINESTONE JEWELRY
Larg

ART NUMBER RDE03-0336
STYLE NUMBER 12321




ART NUMBER RDE03-0337
STYLE NUMBER 12322

ART NUMBER RDE03-0339



ART NUMBER RDE03-0340



ART NUMBER RDE03-0341
STYLE NUMBER 12324



ART NUMBER RDE03-0343
STYLE NUMBER 12326




2028 Mc Donald Ave.  Brooklyn, NY 11223

# RHINESTONE JEWELRY
## Larg

ART NUMBER RDE03-0345
STYLE NUMBER 12330





ART NUMBER RDE03-0346
STYLE NUMBER 12427



ART NUMBER RDE03-0349
STYLE NUMBER 12331





ART NUMBER R



ART NUMBER RDE03-0352
STYLE NUMBER 12428



ART NUMBER RDE03-0353



2028 Mc Donald Ave.  Brooklyn, NY 11223

# Chandalier Earring Collection 03-0336-0353
## page 1 of 2

ART NUMBER RDE03-0347

ART NUMBER RDE03-0348
STYLE NUMBER 12329







-0350

ART NUMBER RDE03-0351
STYLE NUMBER 12328







336 6788    718 699 0353