Judge Berman

08 CV 0462

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK



|  |  |
|---|---|
| RHINESTONE JEWELRY CORP.,    Plaintiff, | |
| -v- | |
| GLAMOUR GODDESS JEWELRY, INC. and DON GOLDEN,    Defendant. | |

U.S. CASHIERS    JAN 17 2008

Case No:

**Rule 7.1 Statement**

Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for

RHINESTONE JEWELRY CORP.                    (a private non-governmental party)

certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

NONE

Date: 1/16/08

Signature of Attorney

Attorney Bar Code: RS-0199