# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
## SOUTHERN District of NEW YORK

Index Number: 08-CV 0462

Date Filed: _____

Plaintiff:
**RHINESTONE JEWELRY CORP.,**
vs.
Defendant:
**GLAMOUR GODDESS JEWELRY, INC.**

For: Richard Schurin
    GOTTLIEB, RACKMAN & REISMAN P.C.

Received by Judicial Process and Support, Inc. on the 25th day of January, 2008 at 10:00 am to be served on **GLAMOUR GODDESS JEWELRY, INC., 500 N.E. SPANISH RIVER BLVD., BOCA RATON, FL 33431.** I, __JOSEPH P. MARSHALL__, do hereby affirm that on the __28th__ day of __JAN.__, 20__08__ at __1234P__ .m., executed service by delivering a true copy of the **SUMMONS IN A CIVIL ACTION, COMPLAINT WITH ATTACHED EXHIBITS, INDIVIDUAL PRACTICES OF HON. RICHARD M. BERMAN HANDOUT, INDIVIDUAL PRACTICES OF MAGISTRATE JUDGE RONALD L. ELLIS AND AN ORDER SCHEDULING AN INITIAL PRE-TRIAL CONFERENCE** in accordance with state statutes in the manner marked below:

( ) PUBLIC AGENCY: By serving _____ as _____ of the within-named agency.

( ) SUBSTITUTE SERVICE: By serving _____ as _____.

XX CORPORATE SERVICE: By serving __DON GOLDEN__ as __registered agent/president__.

( ) OTHER SERVICE: As described in the Comments below by serving _____ as _____.

( ) NON SERVICE: For the reason detailed in the Comments below.

**COMMENTS:** __SUITE 105.__

I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which this service was made.

JOSEPH P. MARSHALL
PROCESS SERVER # __127__
Appointed in accordance
with State Statutes

**Judicial Process and Support, Inc.**
**19 West Flagler Street**
**Suite 312**
**Miami, FL 33130**
**(305) 347-3353**
Our Job Serial Number: 2008000430