UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
RHINESTONE JEWELRY CORP.                        Civil Action No. 08 CV 0462

                Plaintiff,

v.                                              **RULE 7.1 STATEMENT**

GLAMOUR GODDESS JEWELRY, INC.;
and DON GLODEN

                Defendants.
------------------------------------------------------------X

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned attorney of record for defendant, Glamour Goddess Jewelry, Inc., certifies that defendant has no parent corporation and that there is no publicly held corporation that owns 10% or more of its stock.

Dated:  New York, New York
        March 26, 2008

                                          COWAN, LIEBOWITZ & LATMAN, P.C.

                                          By  _____
                                              Robert W. Clarida (RC 3190)
                                              Attorneys for Defendants
                                              1133 Avenue of the Americas
                                              New York, New York 10036-6799
                                              (212) 790-9200

27935/000/824509.1