UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
RHINESTONE JEWELRY CORP.,

                Plaintiff,

      -against-

                                     08 CIVIL 462 (RMB)(RLE)

GLAMOUR GODDESS JEWELRY, INC. and
DONALD GOLDEN,

                Defendants.
------------------------------------------------------------x

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: ___ DATE FILED: 4/16/08]

      Based on the parties having reached a settlement agreement after participating in Court ordered mediation, it is hereby

      **ORDERED**, that the above-entitled action be, and the same hereby is, discontinued.

      The conference scheduled for 10:30 a.m. on Monday, June 23, 2008 is vacated.

**SO ORDERED.**

Dated: New York, New York
       April 16, 2008

                                              /s/ RMB
                                       Richard M. Berman, U.S.D.J.